UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-302 (APM) |
| : | |
| DEEPAK SHARMA, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Deepak Sharma, through counsel, hereby submit this Joint Status Report per the Court's Minute Order of August 1, 2024. The Government states as follows:

1. On June 24, 2024, the defendant was charged by consent in a one-count criminal Information with Conspiracy to Violate the Foreign Corrupt Practices Act, in violation of 18 U.S.C. § 371.

2. On August 1, 2024, the defendant pled guilty to the one-count criminal Information.

3. The defendant has agreed to cooperate with the Government in its continuing investigation.

4. The defendant remains on release on his personal recognizance. Since the defendant's entry of his guilty plea, he has agreed to continue to make himself available should the Government need to meet with him.

5. Accordingly, the Government asks that it be allowed to file another status report with the Court on or before Monday, December 2, 2024, to update the Court on the status of the defendant's cooperation, and whether, at that time, the parties are ready to proceed to sentencing.

6.     The Government has conferred with counsel for the defendant. The defense concurs and jointly makes this request.

WHEREFORE, the Government asks that it be permitted to file another status report on or before December 2, 2024.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:    */s/ Madhu Chugh*
MADHU CHUGH
D.C. BAR NO. 992122
Assistant United State Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-6718

GLENN S. LEON
CHIEF
FRAUD SECTION

By:    */s/ Elina Rubin-Smith*
KATHERINE RAUT
CA BAR # 261696
ELINA RUBIN-SMITH
NY BAR # 4677548
PAUL G. REAM
VA BAR # 92472
Trial Attorneys
Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
(202) 514-2000

Dated: September 26, 2024